# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* T.J.B. and D.J.B., Minors.

UNPUBLISHED
December 22, 2016

No. 331090
Wayne Circuit Court
Family Division
LC Nos. 15-000303-AO;
       15-000304-AO

Before: MURPHY, P.J., and STEPHENS and BOONSTRA, JJ.

PER CURIAM.

STEPHENS, J. *(Concurring)*

     I concur in result only.

/s/ Cynthia Diane Stephens

-1-